**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> *Defendant*. | Civil Action No. 26-315 (SLS) <br><br> Judge Sparkle L. Sooknanan |

## <u>ORDER</u>

The Plaintiff filed this Freedom of Information Act ("FOIA") action on February 2, 2026. ECF No. 1. The Defendant filed an Answer on March 31, 2026. ECF No. 14. Cases filed under FOIA are exempt from the requirements of Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3. *See* Local Civ. R. 16.3(b)(10) ("The requirements of this Rule and of Fed. R. Civ. P. 16(b) and 26(f)[] shall not apply in . . . FOIA actions."). Accordingly, the Court **ORDERS** the Parties to meet and confer and to file a joint status report by **May 4, 2026**.

The Joint Status Report shall address (1) the status of the Plaintiff's FOIA request; (2) the anticipated number of records responsive to the Plaintiff's FOIA request; (3) the anticipated date (month and year) for the release of the documents requested by the Plaintiff; (4) whether a motion for a stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976); (5) whether a *Vaughn* index will be required in this case; (6) whether and when either party anticipates filing a dispositive motion; and (7) any other pertinent issues. The Court expects the Parties to work expeditiously to resolve this case and to alert the Court of any issues

that stand in the way of such resolution. All future joint status reports shall address (1) the number of pages responsive to the Plaintiff's FOIA request or (if unknown) the anticipated date when that number will be determined, and (2) the anticipated date (month and year) for the release of the documents requested by the Plaintiff.

The Parties are to communicate with the Court by motion, opposition, reply, or notice, but not by letter or phone call. Inquiries concerning the status or scheduling of pending matters shall be directed to the Courtroom Deputy Clerk, Ms. Lauren Jenkins (Lauren_Jenkins@dcd.uscourts.gov), rather than to chambers. If Ms. Jenkins is unavailable, such inquiries shall be directed to the staff person in the Clerk's Office who has been designated as her substitute. Chambers personnel will not handle questions relating to the status or scheduling of pending matters, nor will chambers staff provide legal advice of any kind. In an emergency, however, chambers can be contacted at (202) 354-3220.

The Court will grant continuances, extensions, or enlargements of time only upon the filing of a motion. Motions for continuance of a court date must be filed at least three days before the hearing and must include at least two alternative dates that have been agreed to by the Parties. Requests that do not include alternative dates acceptable to all parties will be denied.

**SO ORDERED.**

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date:   April 2, 2026

2