UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE,

Plaintiff,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,

Defendant.

Civil Action No. 26-0315 (SLS)

**PLAINTIFF'S NOTICE OF EXPLANATION OF ADDRESS**

The undersigned counsel for Plaintiff submits this notice to explain counsel's business address on the docket and regrets any misunderstanding. On November 20, 2026, the Court noted that Plaintiff's counsel's address on the docket is located in this District, and ordered counsel to "promptly correct the misrepresentation on the docket" "[i]f counsel works out of state." Minute Order dated Nov. 20, 2026.

As disclosed in her *pro hac vice* application to this Court, counsel works remotely from New York (where she works from her home office) for Americans United, which has a business address in Washington, D.C. Dkt. No. 8-1. At the time of her *pro hac vice* application, she was not yet a member of the D.C. Bar and noted as such on all court filings.

Americans United is a national organization with its principal place of business in Washington, D.C. and has some staff who work remotely from their homes. As such, Americans United uses its business address on all official correspondence and filings so long as it is in compliance with all applicable rules. Counsel had not identified any rules that would prohibit the use of the organizational address, but should this be unacceptable

to Your Honor, counsel will proceed with changing her address on the docket.

Dated: November 20, 2026

Respectfully submitted,

By: */s/ Amy Tai*

AMY TAI (DC Bar No. 90046073)*
Americans United for Separation of Church and State
1310 L Street, NW, Suite 200
Washington, DC 20005
(202) 988-7682
tai@au.org

*Counsel works remotely from New York State.

*Attorney for Plaintiff*